# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| RICHARD B. SANDOW, ESQ., JOHN P. CORCORAN, JR., ESQ., AND MICHAEL A. CARR, ESQ. T/D/B/A JONES, GREGG, CREEHAN, & GERACE, LLP, | : | No. 217 WAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Respondents | : | the Order of the Superior Court |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| RICHARD C. HVIZDAK, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.